# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WALMART, et al.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00419-SKO<br><br>**ORDER REQUIRING PLAINTIFF TO SUBMIT LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2)<br><br>**TWENTY-ONE DAY DEADLINE** |

    Plaintiff Candace Smith filed a complaint on April 10, 2025, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1 & 2.) Plaintiff's application fails to set forth answers to questions number 5 (regarding ownership of "any other thing of value") and 6 (identification of dependent persons). (*See* Doc. 2.) Therefore, the Court is unable to determine at this time whether Plaintiff is entitled to proceed without prepayment of fees in this action.

    Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

    Based upon the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405 filing fee for this action, or (2) complete and file the enclosed Application

to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, the Court shall recommend that this action be dismissed.

IT IS SO ORDERED.

Dated:   **April 15, 2025**                    /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE