1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   CANDACE SMITH,                          No.  1:25-cv-00419-KES-EPG

12                  Plaintiff,               ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS AND DISMISSING
13        v.                                 ACTION WITHOUT PREJUDICE

14   WALMART, et al.,                        Doc. 7

15                  Defendants.

16

17

18        Plaintiff Candace Smith, proceeding pro se, filed this civil action on April 10, 2025.

19   Doc. 1.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C.

20   § 636(b)(1)(B) and Local Rule 302.

21        On June 12, 2025, after plaintiff failed to comply with or otherwise respond to the Court's

22   orders to complete and file a long form in forma pauperis application (Docs. 3, 5), the assigned

23   magistrate judge issued findings and recommendations recommending that this action be

24   dismissed without prejudice based on plaintiff's failure to prosecute this case and failure to

25   comply with court orders.  Doc. 7.  The findings and recommendations contained notice that any

26   objections were to be filed within thirty days after service.  *Id*. at 3.  Plaintiff did not file any

27   objections, and the time to do so has passed.  Nor has plaintiff otherwise communicated with the

28   Court.

                                             1

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1.    The findings and recommendations issued on June 12, 2025, Doc. 7, are adopted in full;

2.    This action is dismissed, without prejudice, for plaintiff's failure to prosecute and failure to comply with court orders; and

3.    The Clerk of the Court is directed to terminate all motions and close this case.

IT IS SO ORDERED.

Dated:   August 1, 2025

_____
UNITED STATES DISTRICT JUDGE

2